**NEW YORK LIFE** — Agent Ledger

Earnings / Tax Details - Year 2012

Marketer Name: VIRGINIA RAMOS-RIOS
Marketer Number: 111490

GO: V73 - GREATER NEW YORK
As Of: 11/09/2012

| Month | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | | | | | | | | |
| FEDERAL | 5,120.51 | 1,507.77 | 5,332.60 | 43.96 | -276.33 | 3,069.83 | 1,533.41 | 1,713.68 | 2,866.99 | 5,480.07 | 14.41 | 0.00 | 26,406.90 |
| MEDICARE | 2,320.00 | 1,722.10 | 5,842.71 | 66.92 | -276.33 | 3,377.40 | 1,697.93 | 1,894.58 | 3,191.24 | 6,031.47 | 14.41 | 0.00 | 29,146.49 |
| OASDI | 5,584.06 | 1,722.10 | 5,842.71 | 66.92 | -276.33 | 3,377.40 | 1,697.93 | 1,894.58 | 3,191.24 | 6,031.47 | 14.41 | 0.00 | 29,146.49 |
| NEW YORK | 5,120.51 | 1,722.10 | 5,332.60 | 66.92 | -276.33 | 3,069.83 | 1,533.41 | 1,713.68 | 2,866.99 | 5,480.07 | 14.41 | 0.00 | 26,406.90 |
| NYC RESIDENT | 5,120.51 | 1,722.10 | 5,332.60 | 66.92 | -276.33 | 3,069.83 | 1,533.41 | 1,713.68 | 2,866.99 | 5,480.07 | 14.41 | 0.00 | 26,406.90 |
| **PRE-TAX DEDUCTIONS** | | | | | | | | | | | | | |
| DENTAL | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | -38.83 | 0.00 | 0.00 | -388.30 |
| MEDICAL | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | -231.17 | 0.00 | 0.00 | -2,311.70 |
| 401K | -463.55 | -214.33 | -510.11 | -22.96 | 0.00 | -307.57 | -164.52 | -160.90 | -324.25 | -551.40 | 0.00 | 0.00 | -2,739.59 |
| Special Debit Arrangements | | | | | | | | | | | | | |
| **POST-TAX DEDUCTIONS** | | | | | | | | | | | | | |
| **TAXES** | | | | | | | | | | | | | |
| FEDERAL S01 | -825.34 | 52.34 | -852.85 | 267.61 | 152.09 | -349.83 | -119.40 | -146.46 | -319.44 | -711.32 | 0.00 | 0.00 | -2,852.60 |
| MEDICARE | -43.50 | -24.97 | -84.72 | -0.97 | 4.01 | -48.97 | -24.62 | -27.48 | -46.27 | -87.46 | 0.00 | 0.00 | -422.42 |
| OASDI | -272.00 | -72.33 | -245.39 | -2.81 | 11.60 | -141.85 | -71.31 | -79.57 | -134.04 | -253.32 | 0.00 | 0.00 | -1,223.55 |
| NEW YORK S01 | -260.99 | -27.97 | -274.68 | 66.44 | 87.10 | -128.70 | -29.60 | -44.56 | -112.71 | -283.83 | 0.00 | 0.00 | -1,009.50 |
| NYC RESIDENT S00 | -163.53 | -22.63 | -171.80 | 34.44 | 45.42 | -82.44 | -25.58 | -32.20 | -74.97 | -174.31 | 0.00 | 0.00 | -667.60 |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| | OFFICE | CODE |
|---|---|---|
| | GREATER NEW YORK | V73 |
| | LEDGER CLOSING DATE | CODE NUMBER |
| | 10-31-12 | 111490 |
| | CONTRACT | STATUS |
| | TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| BALANCE BROUGHT FORWARD FROM | | 10/15/12 | | | 984.29 | | | |
| 39 890 217 | BRADLEY | 0712 | C | F | 234.48 | 234.48 | 234.48 | |
| | | 0712 | C | F | 234.48- | 234.48- | 234.48- | DL REC ADJ |
| 39 893 328 | CASTILLO | 0712 | A | F | 44.77- | 44.77- | 44.77- | NYLAPP REV |
| 39 591 448 | FERNANDO | 1112 | C | .030 F | .30 | .30 | .30 | OPP RIDER |
| 39 572 266 | POINVIL | 0912 | C | .050 R | 8.40- | 8.40- | | IMPR ENCD |
| 39 618 450 | RAMOS RIOS | 1112 | C | .050 R | 14.16 | 14.16 | | |
| | | 1112 | C | .060 R | 61.80 | 61.80 | | |
| 39 657 129 | RAMOS RIOS | 1012 | C | .550 F | 322.92 | 322.92 | 322.92 | FAM. BUS. |
| 23 331 408 | SMITH | 1012 | C | .550 F | 1238.76 | 1238.76 | 1238.76 | |
| | | 1012 | C | .550 F | 605.46- | 605.46- | 605.46- | NYLAPP REV |
| | | 1012 | C | .550 F | 342.28 | 342.28 | 342.28 | |
| | | 1012 | C | .550 F | 150.71- | 150.71- | 150.71- | NYLAPP REV |
| | | 1012 | C | .550 F | 605.46 | 605.46 | 605.46 | NYLAPPS |
| | | 1012 | C | .550 F | 150.71 | 150.71 | 150.71 | NYLAPPS |
| ADJUSTMENT | NEW ORG CASE RATE INC | | | | | | 712.50 | |
| LIFE CASE RATE MONTHLY | | 09-12 | | | 300.00 | 300.00 | | |
| MISC INCOME | TRAINING ALL | 10-12 | | | 2320.00 | 2320.00 | | |
| MISC INCOME | TA CATCH-UP | 10-12 | | | 11.80 | 11.80 | | |
| WITHHOLDING | FICA-OASDI | 10-12 | | | 145.63- | | | |
| WITHHOLDING | FICA-MEDICARE | 10-12 | | | 50.28- | | | |
| WITHHOLDING | FEDERAL | 10-12 | | | 500.00- | | | |
| WITHHOLDING | N.Y.STATE | 10-12 | | | 213.60- | | | |
| WITHHOLDING | N.Y.CITY | 10-12 | | | 126.10- | | | |
| WITHHOLDING | FICA-OASDI | 10-12 | | | 19.68- | | | |
| WITHHOLDING | FICA-MEDICARE | 10-12 | | | 6.80- | | | |
| WITHHOLDING | FEDERAL | 10-12 | | | 54.30- | | | |
| WITHHOLDING | N.Y.STATE | 10-12 | | | 21.40- | | | |
| WITHHOLDING | N.Y.CITY | 10-12 | | | 13.40- | | | |
| WITHHOLDING | FICA-OASDI | 10-12 | | | 20.71- | | | |
| WITHHOLDING | FICA-MEDICARE | 10-12 | | | 7.15- | | | |
| WITHHOLDING | FEDERAL | 10-12 | | | 47.28 | | | |
| WITHHOLDING | N.Y.STATE | 10-12 | | | 38.65 | | | |
| WITHHOLDING | N.Y.CITY | 10-12 | | | 15.59 | | | |
| AUTH DEDUCT | 10-12 401K | | | | 123.78- | 123.78- | | |
| AUTH DEDUCT | 10-12 401K | | | | 10.13- | 10.13- | | |
| AUTH DEDUCT | 10-12 401K | | | | 106.71- | 106.71- | | |
| AUTH DEDUCT | 10-12 401K | | | | 48.44- | 48.44- | | |
| AUTH DEDUCT | 10-12 LIFE | | | | 1.83- | 1.83- | | |
| AUTH DEDUCT | 10-12 AD+D | | | | 4.50- | 4.50- | | |
| AUTH DEDUCT | 10-12 LTD | | | | 31.80- | | | |
| AUTH DEDUCT | 10-12 MEDICAL | | | | 231.17- | 231.17- | | |
| AUTH DEDUCT | 10-12 DENTAL | | | | 38.83- | 38.83- | | |
| WITHDRAWAL | EFT TO AGT | 10-18 | | | 1324.30- | | | |
| BALANCE CARRIED FORWARD | | | | | 2544.12 | | | |

***SUMMARY***

| TOTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 2571.99 | 3993.46 | 507.02 | 250.25 | 320.26 | .00 | 2571.99 |
| YEAR TOTALS | 8106.79 | 26392.49 | 2852.60 | 1645.97 | 2099.52 | 60.00 | 8106.79 |
| | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
| STMT | 1859.49 | 2331.80 | 1536.57 | 67.56 | | | |
| YEAR | 15829.32 | 20304.91 | 25696.57 | | 25696.57 | .00 | |

ORIGINAL

PAGE 02

| | |
|---|---|
| NEW YORK LIFE | GREATER NEW YORK GO<br>GRAYBAR BLDG<br>420 LEXINGTON AVE<br>15TH FLOOR 10170 |

**EXPLANATION OF BENEFITS**
**PLEASE DETACH AND SAVE FOR YOUR RECORDS**

RAMOS-RIOS, VIRGINIA

| | | | |
|---|---|---|---|
| **BANK CODE:** | 0779 | **REFERENCE TYPE:** | M |
| **CHECK NO:** | 8280076346 | **REFERENCE NUMBER:** | 111490 |
| **CHECK AMOUNT:** | $1196.28 | **ACCOUNTING DATE:** | 2012-10-01 |
| **CHECK DATE:** | OCTOBER 01, 2012 | **REQUESTER ID:** | V73082B |
| **FUNCTION TYPE:** | FUEL | | |

**IN PAYMENT OF:**
LEDGER DEBIT



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 09-14-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| BALANCE BROUGHT FORWARD FROM | | 8/31/12 | | | 882.09 | | | |
| 39 890 217 | BRADLEY | 0712 | C | .500 F | 234.48 | 234.48 | 234.48 | |
| 39 892 937 | BRAVO-BRAVO | 0912 | C | .500 F | 300.96 | 300.96 | 300.96 | |
| 39 887 234 | LOPEZ-RAMIRE | 0912 | C | .500 F | 200.76 | 200.76 | 200.76 | |
| 39 875 559 | LYKES | 0912 | C | .550 F | 854.40 | 854.40 | 854.40 | |
| | | 0912 | C | .550 F | 308.58- | 308.58- | 308.58- | NYLAPP REV |
| 39 877 681 | MARTINEZ | 0612 | C | .550 F | 44.46 | 44.46 | 44.46 | |
| | | 0612 | C | .550 F | 22.23- | 22.23- | 22.23- | NYLAPP REV |
| 39 567 573 | VASQUEZ | 0912 | C | .060 R | 55.44 | 55.44 | | |
| LIFE CASE RATE MONTHLY | | 08-12 | | | 262.50 | 262.50 | | |
| TEL SVC + EQUIP CHG | | 09-12 | | | 24.00- | | | |
| WITHHOLDING FICA-OASDI | | 09-12 | | | 25.75- | | | |
| WITHHOLDING FICA-MEDICARE | | 09-12 | | | 8.89- | | | |
| WITHHOLDING FEDERAL | | 09-12 | | | 78.16- | | | |
| WITHHOLDING N.Y.STATE | | 09-12 | | | 30.80- | | | |
| WITHHOLDING N.Y.CITY | | 09-12 | | | 19.28- | | | |
| AUTH DEDUCT GS- 1 (BAL 205.50 ) | | | | | 68.50- | | | CR SP ACCT |
| AUTH DEDUCT 09-12 401K | | | | | 81.87- | 81.87- | | |
| AUTH DEDUCT 09-12 401K | | | | | 30.12- | 30.12- | | |
| AUTH DEDUCT 09-12 401K | | | | | 8.31- | 8.31- | | |
| AUTH DEDUCT 09-12 401K | | | | | 48.48- | 48.48- | | |
| AUTH DEDUCT 09-12 401K | | | | | 35.17- | 35.17- | | |
| AUTH DEDUCT 08-12 FT SUPPORT GLD | | | | | 75.00- | | | |
| AUTH DEDUCT 08-12 DEDICATED TECH | | | | | 10.83- | | | |
| SUPP + SERV TELEPHONE TOLL | | | | | 4.99- | | | |
| WITHDRAWAL TECH CENTER | | | | | 50.00- | | | |
| WITHDRAWAL EFT TO AGT | | 09-04 | | | 882.09- | | | |
| BALANCE CARRIED FORWARD | | | | | 1022.04 | | | |

%NET ELIGIBLE FIRST YEAR COMMISSION

*** S U M M A R Y ***

| TOTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 1304.25 | 1418.24 | 78.16 | 34.64 | 50.08 | .00 | 1304.25 |
| YEAR | 3607.12 | 19463.67 | 1900.00 | 1159.52 | 1378.94 | 60.00 | 3607.12 |

| TOTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
|---|---|---|---|---|---|---|---|
| STMT | 1304.25 | .00 | 1304.25 | 55.44 | .00 | | |
| YEAR | 12042.15 | 16929.71 | 22781.82 | | 22781.82 | | PAGE 01 |

ORIGINAL



**NEW YORK LIFE INSURANCE**
51 Madison Avenue
New York, New York 10010
(212) 576-7000

Case 1-12-47952-nhl    Doc 4    Filed 11/19/12    Entered 11/19/12 11:21:46

# Statement of Account

| | |
|---|---|
| OFFICE | CODE |
| GREATER NEW YORK | V73 |
| LEDGER CLOSING DATE | CODE NUMBER |
| 08-31-12 | 111490 |
| CONTRACT | STATUS |
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS—RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| LANCE BROUGHT FORWARD FROM | | 8/15/12 | | | 303.58 | | | |
| 889 698 | BRADLEY | 0812 | C | .500 F | 423.54 | 423.54 | 423.54 | |
| | | 0812 | C | .500 F | 83.55- | 83.55- | 83.55- | NYLAPP REV |
| 889 743 | BRADLEY | 0712 | C | .550 F | 170.76 | 170.76 | 170.76 | |
| | | 0712 | C | .550 F | 85.38- | 85.38- | 85.38- | NYLAPP REV |
| 890 210 | BRADLEY | 0812 | C | .550 F | 146.88 | 146.88 | 146.88 | |
| | | 0712 | C | .550 F | 146.88- | 146.88- | 146.88- | 1ST PR RVS |
| | | 0712 | C | .550 F | 146.88 | 146.88 | 146.88 | |
| | | 0712 | C | .550 F | 63.93- | 63.93- | 63.93- | NYLAPP REV |
| 890 217 | BRADLEY | 0712 | C | .500 F | 234.48- | 234.48- | 234.48- | 1ST PR RVS |
| | | 0712 | C | .500 F | 234.48 | 234.48 | 234.48 | |
| | | 0712 | C | .500 F | 101.85- | 101.85- | 101.85- | NYLAPP REV |
| 915 665 | COLON | 0812 | A | .030 F | 3.60 | 3.60 | 3.60 | OPP RIDER |
| | | 0812 | A | .550 F | 623.15 | 623.15 | 623.15 | |
| | | 0812 | A | .550 F | 311.58- | 311.58- | 311.58- | NYLAPP REV |
| | | 0812 | A | .550 F | 40.84 | 40.84 | 40.84 | |
| | | 0812 | A | .550 F | 20.42- | 20.42- | 20.42- | NYLAPP REV |
| SC INCOME | TRAINING ALL | 08-12 | | | 964.85 | 964.85 | | |
| SC CREDIT | PROFESSIONAL LIABILITY PLAN | | | | 274.00 | | | |
| THHOLDING | FICA-OASDI | 08-12 | | | 60.08- | | | |
| THHOLDING | FICA-MEDICARE | 08-12 | | | 20.75- | | | |
| THHOLDING | FEDERAL | 08-12 | | | 197.92- | | | |
| THHOLDING | N.Y.STATE | 08-12 | | | 77.84- | | | |
| THHOLDING | N.Y.CITY | 08-12 | | | 48.80- | | | |
| TH DEDUCT | 08-12 401K | | | | 50.99- | 50.99- | | |
| TH DEDUCT | 08-12 401K | | | | 60.31- | 60.31- | | |
| TH DEDUCT | 08-12 LIFE | | | | 1.83- | 1.83- | | |
| TH DEDUCT | 08-12 AD+D | | | | 4.50- | 4.50- | | |
| TH DEDUCT | 08-12 LTD | | | | 31.80- | | | |
| TH DEDUCT | 08-12 MEDICAL | | | | 231.17- | 231.17- | | |
| TH DEDUCT | 08-12 DENTAL | | | | 38.83- | 38.83- | | |
| THDRAWAL | PROFESSIONAL LIABILITY PLAN | | | | 274.00- | | | |
| THDRAWAL | EFT TO AGT | 08-16 | | | 303.58- | | | |
| LANCE CARRIED FORWARD | | | | | 882.09 | | | |

NET ELIGIBLE FIRST YEAR COMMISSION

*** SUMMARY ***

| TALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 742.06 | 1319.28 | 197.92 | 80.83 | 126.64 | .00 | 742.06 |
| YEAR | 2302.87 | 18045.43 | 1821.84 | 1124.88 | 1319.97 | 60.00 | 2302.87 |

| TALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
|---|---|---|---|---|---|---|---|
| STMT | 742.06 | 964.85 | 742.06 | .00 | .00 | | |
| YEAR | 10737.90 | 16929.71 | 21477.57 | | 21477.57 | | PAGE 01 |

ORIGINAL

NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 08-15-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| BALANCE BROUGHT FORWARD FROM | | 7/31/12 | | | 898.92 | | | |
| 849 184 | BRAVO-BRAVO | 0612 | C | .550 F | 264.00 | 264.00 | 264.00 | |
| | | 0612 | C | .550 F | 132.00- | 132.00- | 132.00- | NYLAPP REV |
| 915 665 | COLON | 0812 | A | .550 F | 311.58 | 311.58 | 311.58 | NYLAPPS |
| | | 0812 | A | .550 F | 20.42 | 20.42 | 20.42 | NYLAPPS |
| L SVC + | EQUIP CHG | 08-12 | | | 24.00- | | | |
| WITHHOLDING | FICA-OASDI | 08-12 | | | 19.49- | | | |
| WITHHOLDING | FICA-MEDICARE | 08-12 | | | 6.73- | | | |
| WITHHOLDING | FEDERAL | 08-12 | | | 51.46 | | | |
| WITHHOLDING | N.Y.STATE | 08-12 | | | 33.28 | | | |
| WITHHOLDING | N.Y.CITY | 08-12 | | | 16.60 | | | |
| WITH DEDUCT | 08-12 401K | | | | 49.80- | 49.80- | | |
| WITH DEDUCT | 08-12 401K | | | | 19.80- | 19.80- | | |
| WITH DEDUCT | 07-12   FT | SUPPORT GLD | | | 75.00- | | | |
| WITH DEDUCT | 07-12 DEDICATED TECH | | | | 10.74- | | | |
| IPP + SERV | TELEPHONE | TOLL | | | 6.20- | | | |
| WITHDRAWAL | TECH CENTER | | | | 50.00- | | | |
| WITHDRAWAL | EFT TO AGT | 08-01 | | | 898.92- | | | |
| BALANCE CARRIED FORWARD | | | | | 303.58 | | | |

NET ELIGIBLE FIRST YEAR COMMISSION

\*\*\* S U M M A R Y \*\*\*

| TOTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 464.00 | 394.40 | 51.46 | 26.22 | 49.88- | .00 | 464.00 |
| YEAR | 1560.81 | 16726.15 | 1623.92 | 1044.05 | 1172.58 | 60.00 | 1560.81 |

| TOTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
|---|---|---|---|---|---|---|---|
| STMT | 464.00 | .00 | 464.00 | .00 | .00 | | |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 07-31-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| LANCE BROUGHT FORWARD FROM | | 7/13/12 | | | 140.54- | | | |
| 889 698 | BRADLEY | 0712 | C | .500 F | 83.55 | 83.55 | 83.55 | NYLAPPS |
| 889 743 | BRADLEY | 0712 | C | .550 F | 85.38 | 85.38 | 85.38 | NYLAPPS |
| 890 210 | BRADLEY | 0712 | C | .550 F | 63.93 | 63.93 | 63.93 | NYLAPPS |
| 890 217 | BRADLEY | 0712 | C | .500 F | 101.85 | 101.85 | 101.85 | NYLAPPS |
| 893 328 | CASTILLO | 0712 | A | .550 F | 44.77 | 44.77 | 44.77 | NYLAPPS |
| 860 703 | CURBELO | 0612 | C | .550 F | 254.52 | 254.52 | 254.52 | |
| 838 781 | HINKSON JR | 0612 | C | .550 F | 871.20 | 871.20 | 871.20 | |
| | | 0612 | C | .550 F | 871.20- | 871.20- | 871.20- | NSF |
| 849 433 | LOPEZ-RAMIRE | 0612 | C | .550 F | 264.00 | 264.00 | 264.00 | |
| | | 0612 | C | .550 F | 132.00- | 132.00- | 132.00- | NYLAPP REV |
| SC INCOME | TRAINING ALL | 07-12 | | | 877.45 | 877.45 | | |
| THHOLDING | FICA-OASDI | 07-12 | | | 57.42- | | | |
| THHOLDING | FICA-MEDICARE | 07-12 | | | 19.82- | | | |
| THHOLDING | FEDERAL | 07-12 | | | 77.22- | | | |
| THHOLDING | N.Y.STATE | 07-12 | | | 11.48- | | | |
| THHOLDING | N.Y.CITY | 07-12 | | | 15.02- | | | |
| TH DEDUCT | 07-12 401K | | | | 114.90- | 114.90- | | |
| TH DEDUCT | 07-12 LIFE | | | | 1.83- | 1.83- | | |
| TH DEDUCT | 07-12 AD+D | | | | 4.50- | 4.50- | | |
| TH DEDUCT | 07-12 LTD | | | | 31.80- | | | |
| TH DEDUCT | 07-12 MEDICAL | | | | 231.17- | 231.17- | | |
| TH DEDUCT | 07-12 DENTAL | | | | 38.83- | 38.83- | | |
| LANCE CARRIED FORWARD | | | | | 898.92 | | | |

ET ELIGIBLE FIRST YEAR COMMISSION

\*\*\*SUMMARY\*\*\*

| TALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 766.00 | 1252.22 | 77.22 | 77.24 | 26.50 | .00 | 766.00 |
| YEAR | 1096.81 | 16331.75 | 1675.38 | 1017.83 | 1215.73 | 60.00 | 1096.81 |
| TALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
| STMT | 766.00 | 877.45 | 766.00 | .00 | .00 | | |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 07-13-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| ALANCE BROUGHT FORWARD FROM | | 6/29/12 | | | 1785.51 | | | |
| 9 875 559 | LYKES | 0712 | C | .550 F | 308.58 | 308.58 | 308.58 | NYLAPPS |
| 9 877 681 | MARTINEZ | 0612 | C | .550 F | 22.23 | 22.23 | 22.23 | NYLAPPS |
| EL SVC + | EQUIP CHG | 07-12 | | | 24.00- | | | |
| ITHHOLDING | FICA-OASDI | 07-12 | | | 13.89- | | | |
| ITHHOLDING | FICA-MEDICARE | 07-12 | | | 4.80- | | | |
| ITHHOLDING | FEDERAL | 07-12 | | | 42.18- | | | |
| ITHHOLDING | N.Y.STATE | 07-12 | | | 18.12- | | | |
| ITHHOLDING | N.Y.CITY | 07-12 | | | 10.56- | | | |
| UTH DEDUCT | 07-12 401K | | | | 3.34- | 3.34- | | |
| UTH DEDUCT | 07-12 401K | | | | 46.28- | 46.28- | | |
| UTH DEDUCT | 06-12 FT | SUPPORT GLD | | | 75.00- | | | |
| UTH DEDUCT | 06-12 DEDICATED TECH | | | | 10.70- | | | |
| EDICAL FEE | ZULLO K | | | | 79.33- | | | |
| EDICAL FEE | ZULLO T | | | | 85.96- | | | |
| JPP + SERV | TELEPHONE | TOLL | | | 7.19- | | | |
| ITHDRAWAL | TECH CENTER | | | | 50.00- | | | |
| ITHDRAWAL | EFT TO AGT | 07-03 | | | 1785.51- | | | |
| ALANCE CARRIED FORWARD | | | | | 140.54- | | | |

ET ELIGIBLE FIRST YEAR COMMISSION

\*\*\*SUMMARY\*\*\*

| TALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | FIRST YEAR COMMIS'NS |
|---|---|---|---|---|---|---|---|
| STMT | 330.81 | 281.19 | 42.18 | 18.69 | 28.68 | .00 | 330.81 |
| YEAR | .00 | 15079.53 | 1598.16 | 940.59 | 1169.41 | 60.00 | 8765.84 |

| TALS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | | |
|---|---|---|---|---|---|---|---|
| STMT | .00 | 330.81 | .00 | .00 | | | |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 06-29-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| LANCE BROUGHT FORWARD FROM | | 6/15/12 | | | 226.19- | | | |
| 849 184 | BRAVO-BRAVO | 0612 | C | .550 F | 132.00 | 132.00 | 132.00 | NYLAPPS |
| 830 093 | CURBELO | 0612 | C | .550 F | 825.00 | 825.00 | 825.00 | |
| 838 781 | HINKSON JR | 0512 | C | .550 F | 950.40 | 950.40 | 950.40 | |
| | | 0512 | C | .550 F | 473.58- | 473.58- | 473.58- | NYLAPP REV |
| 849 433 | LOPEZ-RAMIRE | 0612 | C | .550 F | 132.00 | 132.00 | 132.00 | NYLAPPS |
| 563 499 | RAMOS | 0412 | Q | .030 F | 100.80 | 100.80 | 100.80 | OPP RIDER |
| | | 0612 | Q | .050 R | .28 | .28 | | |
| | | 0912 | S | .050 R | .55 | .55 | | |
| | | 0612 | Q | .060 R | 15.39 | 15.39 | | |
| | | 0912 | S | .060 R | 30.22 | 30.22 | | |
| | | 0412 | M | .030 F | 136.15- | 136.15- | 136.15- | PD IN ERR |
| SC INCOME | TRAINING ALL | 06-12 | | | 1603.24 | 1603.24 | | |
| THHOLDING | FICA-OASDI | 06-12 | | | 121.96- | | | |
| THHOLDING | FICA-MEDICARE | 06-12 | | | 42.10- | | | |
| THHOLDING | FEDERAL | 06-12 | | | 289.43- | | | |
| THHOLDING | N.Y.STATE | 06-12 | | | 102.75- | | | |
| THHOLDING | N.Y.CITY | 06-12 | | | 67.54- | | | |
| TH DEDUCT | 06-12 401K | | | | 15.12- | 15.12- | | |
| TH DEDUCT | 06-12 401K | | | | 6.97- | 6.97- | | |
| TH DEDUCT | 06-12 401K | | | | 19.17- | 19.17- | | |
| TH DEDUCT | 06-12 401K | | | | 195.28- | 195.28- | | |
| TH DEDUCT | 06-12 LIFE | | | | 1.83- | 1.83- | | |
| TH DEDUCT | 06-12 AD+D | | | | 4.50- | 4.50- | | |
| TH DEDUCT | 06-12 LTD | | | | 31.80- | | | |
| TH DEDUCT | 06-12 MEDICAL | | | | 231.17- | 231.17- | | |
| TH DEDUCT | 06-12 DENTAL | | | | 38.83- | 38.83- | | |
| LANCE CARRIED FORWARD | | | | | 1785.51 | | | |

ET ELIGIBLE FIRST YEAR COMMISSION

***SUMMARY***

| TALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 1530.47 | 2667.28 | 289.43 | 164.06 | 170.29 | .00 | 1530.47 |
| YEAR | 20268.35 | 14798.34 | 1555.98 | 921.90 | 1135.93 | 60.00 | 20268.35 |
| TALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 06-15-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| ALANCE BROUGHT FORWARD FROM | | 5/31/12 | | | 176.91- | | | |
| 9 838 781 | HINKSON JR | 0512 | C | .550 F | 473.58 | 473.58 | 473.58 | NYLAPPS |
| EL SVC + | EQUIP CHG | 06-12 | | | 24.00- | | | |
| ITHHOLDING | FICA-OASDI | 06-12 | | | 19.89- | | | |
| ITHHOLDING | FICA-MEDICARE | 06-12 | | | 6.87- | | | |
| ITHHOLDING | FEDERAL | 06-12 | | | 60.40- | | | |
| ITHHOLDING | N.Y.STATE | 06-12 | | | 25.95- | | | |
| ITHHOLDING | N.Y.CITY | 06-12 | | | 14.90- | | | |
| JTH DEDUCT | 06-12 401K | | | | 71.03- | 71.03- | | |
| JTH DEDUCT | 05-12 FT SUPPORT GLD | | | | 75.00- | | | |
| JTH DEDUCT | 05-12 DEDICATED TECH | | | | 11.00- | | | |
| JPP + SERV | TELEPHONE TOLL | | | | 13.82- | | | |
| ITHDRAWAL | MA CO APPT RNWL FEES | | | | 150.00- | | | |
| ITHDRAWAL | TECH CENTER | | | | 50.00- | | | |
| ALANCE CARRIED FORWARD | | | | | 226.19- | | | |

IET ELIGIBLE FIRST YEAR COMMISSION

***SUMMARY***

| | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 473.58 | 402.55 | 60.40 | 26.76 | 40.85 | .00 | 473.58 |
| YEAR | 18737.88 | 12131.06 | 1266.55 | 757.84 | 923.54 | 60.00 | 18737.88 |

| TALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
|---|---|---|---|---|---|---|---|
| STMT | 473.58 | .00 | 473.58 | .00 | .00 | | |



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 05-31-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| ALANCE BROUGHT FORWARD FROM | | 5/15/12 | | | 169.00- | | | |
| ITHHOLDING FICA-OASDI | 05-12 | | | | 11.60 | | | |
| ITHHOLDING FICA-MEDICARE | 05-12 | | | | 4.01 | | | |
| ITHHOLDING FEDERAL | 05-12 | | | | 152.09 | | | |
| ITHHOLDING N.Y.STATE | 05-12 | | | | 87.10 | | | |
| ITHHOLDING N.Y.CITY | 05-12 | | | | 45.42 | | | |
| UTH DEDUCT 05-12 LIFE | | | | | 1.83- | 1.83- | | |
| UTH DEDUCT 05-12 AD+D | | | | | 4.50- | 4.50- | | |
| UTH DEDUCT 05-12 LTD | | | | | 31.80- | | | |
| UTH DEDUCT 05-12 MEDICAL | | | | | 231.17- | 231.17- | | |
| UTH DEDUCT 05-12 DENTAL | | | | | 38.83- | 38.83- | | |
| ALANCE CARRIED FORWARD | | | | | 176.91- | | | |

*** S U M M A R Y ***

| OTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | .00 | 276.33- | 152.09- | 15.61- | 132.52- | .00 | .00 |
| YEAR | 18264.30 | 11728.51 | 1206.15 | 731.08 | 875.82 | 60.00 | 18264.30 |
| OTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
| STMT | .00 | .00 | .00 | .00 | .00 | | |
| YEAR | 6430.98 | 13484.17 | 17170.65 | | 17170.65 | | |

**NEW YORK LIFE INSURANCE**
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| | |
|---|---|
| GREATER NEW YORK | V73 |
| 05-15-12 | 111490 |
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION / INSURED | DUE | NF | RATE | AMOUNT |
|---|---|---|---|---|---|
| | BALANCE BROUGHT FORWARD FROM 4/30/12 | | | | 66.87 |
| | TEL SVC + EQUIP CHG 05-12 | | | | 24.00- |
| | AUTH DEDUCT 04-12 FT SUPPORT SLVR | | | | 75.00- |
| | WITHDRAWAL TECH CENTER | | | | 50.00- |
| | WITHDRAWAL WA CO APPT RNWL FEES | | | | 20.00- |
| | WITHDRAWAL EFT TO AGT 05-01 | | | | 66.87- |
| | BALANCE CARRIED FORWARD | | | | 169.00- |

\*\*\*SUMMARY\*\*\*

| TOTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC. W/HOLDING | ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| YEAR | 18264.30 | 12004.84 | 1358.24 | 756.69 | 1013.31 | 60.00 | 18264.30 |

| TOTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC RR | APPT OT | |
|---|---|---|---|---|---|---|---|
| STMT | .00 | .00 | .00 | .00 | | | |
| YEAR | 6450.98 | 13484.17 | 17170.65 | | 17170.65 | | |

DV73 F111511CA

C O P Y

PAGE 01



NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York  10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 04-13-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| ALANCE BROUGHT FORWARD FROM | | 3/30/12 | | | 3581.36 | | | |
| 9 563 499 | RAMOS | 0412 | C | .060 R | 206.25- | 206.25- | | MODE CHG |
| | | 0312 | C | .060 R | 162.96 | 162.96 | | |
| IFE CASE RATE MONTHLY | | 03-12 | | | 450.00 | 450.00 | | |
| IFE CASE RATE CATCH-UP | | 03-12 | | | 450.00 | 450.00 | | |
| EL SVC + EQUIP CHG | | 04-12 | | | 40.00- | | | |
| UTH DEDUCT 04-12 401K | | | | | 22.96- | 22.96- | | |
| ITHDRAWAL CT CO APPT RNWL FEES | | | | | 80.00- | | | |
| ITHDRAWAL TECH CENTER | | | | | 50.00- | | | |
| ITHDRAWAL JAVITZ CENTER AUTO SHOW | | | | | 50.00- | | | |
| ITHDRAWAL NJ CO APPT RNWL FEES | | | | | 50.00- | | | |
| ITHDRAWAL EFT TO AGT | | 04-02 | | | 3581.36- | | | |
| ALANCE CARRIED FORWARD | | | | | 563.75 | | | |

\* \* \* S U M M A R Y \* \* \*

| TALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | .00 | 833.75 | .00- | .00- | .00- | .00 | .00 |
| YEAR | 19372.70 | 12794.63 | 1625.85 | 742.91 | 1112.26 | 60.00 | 19372.70 |
| TALS - FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | | |
| STMT | .00 | .00 | .00 | 43.29- | .00 | | |
| YEAR | 7539.38 | 12886.44 | 16423.49 | | 16423.49 | | |

**NEW YORK LIFE INSURANCE**
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 03-30-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS–RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| BALANCE BROUGHT FORWARD FROM | | 3/15/12 | | | 966.22 | | | |
| 39 751 355 | LOPEZ | 0312 | C | .550 F | 232.92 | 232.92 | 232.92 | |
| | | 0312 | C | .550 F | 116.46- | 116.46- | 116.46- | NYLAPP R |
| 39 757 357 | LOPEZ | 0312 | C | .500 F | 63.48 | 63.48 | 63.48 | |
| 39 679 781 | MARCELLINO | 0112 | C | .500 F | 448.92 | 448.92 | 448.92 | |
| | | 0112 | C | .500 F | 116.82- | 116.82- | 116.82- | NYLAPP R |
| 39 729 234 | PICHARDO | 0212 | C | .550 F | 374.52 | 374.52 | 374.52 | |
| | | 0212 | C | .550 F | 336.60- | 336.60- | 336.60- | NYLAPP R |
| 39 763 080 | PICHARDO | 0312 | C | .500 F | 293.16 | 293.16 | 293.16 | |
| 39 563 499 | RAMOS | 1011 | C | .030 F | 59.06- | 59.06- | 59.06- | PD IN ER |
| | | 0312 | C | .060 R | 162.96- | 162.96- | | POL CHG |
| 39 677 152 | RODRIGUEZ-MA | 0112 | C | .550 F | 483.60 | 483.60 | 483.60 | |
| | | 0112 | C | .550 F | 241.80- | 241.80- | 241.80- | NYLAPP R |
| | | 0112 | C | .550 F | 28.71 | 28.71 | 28.71 | |
| | | 0112 | C | .550 F | 14.36- | 14.36- | 14.36- | NYLAPP R |
| 39 736 862 | RODRIGUEZ-MA | 0312 | C | .500 F | 448.92 | 448.92 | 448.92 | |
| | | 0312 | C | .500 F | 224.46- | 224.46- | 224.46- | NYLAPP R |
| 39 744 581 | RODRIGUEZ-MA | 0112 | C | .550 F | 255.24 | 255.24 | 255.24 | |
| MISC INCOME | TRAINING ALL | 03-12 | | | 2320.00 | 2320.00 | | |
| MISC INCOME | TA CATCH-UP | 03-12 | | | 398.25 | 398.25 | | |
| WITHHOLDING | FICA-OASDI | 03-12 | | | 126.30- | | | |
| WITHHOLDING | FICA-MEDICARE | 03-12 | | | 43.61- | | | |
| WITHHOLDING | FEDERAL | 03-12 | | | 608.19- | | | |
| WITHHOLDING | N.Y.STATE | 03-12 | | | 191.19- | | | |
| WITHHOLDING | N.Y.CITY | 03-12 | | | 115.59- | | | |
| WITHHOLDING | FICA-OASDI | 03-12 | | | 35.96- | | | |
| WITHHOLDING | FICA-MEDICARE | 03-12 | | | 12.41- | | | |
| WITHHOLDING | FEDERAL | 03-12 | | | 150.42 | | | |
| WITHHOLDING | N.Y.STATE | 03-12 | | | 25.03 | | | |
| WITHHOLDING | N.Y.CITY | 03-12 | | | 9.41 | | | |
| AUTH DEDUCT | 03-12 401K | | | | 40.80- | 40.80- | | |
| AUTH DEDUCT | 03-12 401K | | | | 2.55- | 2.55- | | |
| AUTH DEDUCT | 03-12 401K | | | | 160.19- | 160.19- | | |
| AUTH DEDUCT | 03-12 LIFE | | | | 1.83- | 1.83- | | |
| AUTH DEDUCT | 03-12 AD+D | | | | 4.50- | 4.50- | | |
| AUTH DEDUCT | 03-12 LTD | | | | 31.80- | | | |
| AUTH DEDUCT | 03-12 MEDICAL | | | | 231.17- | 231.17- | | |
| AUTH DEDUCT | 03-12 DENTAL | | | | 38.83- | 38.83- | | |
| BALANCE CARRIED FORWARD | | | | | 3581.36 | | | |

NET ELIGIBLE FIRST YEAR COMMISSION

***SUMMARY***

| TOTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDIT |
|---|---|---|---|---|---|---|---|
| STMT | 1519.91 | 3595.33 | 457.77 | 218.28 | 272.34 | .00 | 1519.9 |
| YEAR | 19372.70 | 11960.88 | 1625.85 | 742.91 | 1112.26 | 60.00 | 19372. |

| TOTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
|---|---|---|---|---|---|---|---|
| STMT | 1519.91 | 2718.25 | 1578.97 | 162.96- | .00 | | |

NEW YORK LIFE INSURANCE
51 Madison Avenue
New York, New York 10010
(212) 576-7000

# Statement of Account

| OFFICE | CODE |
|---|---|
| GREATER NEW YORK | V73 |

| LEDGER CLOSING DATE | CODE NUMBER |
|---|---|
| 03-15-12 | 111490 |

| CONTRACT | STATUS |
|---|---|
| TAS-P | IN FORCE 10-28-11 |

VIRGINIA RAMOS-RIOS

GREATER NEW YORK G.O.

| POLICY | DESCRIPTION INSURED | DUE | HP | RATE | AMOUNT | TAXABLE INCOME | COUNCIL CREDITS | REASON |
|---|---|---|---|---|---|---|---|---|
| ALANCE BROUGHT FORWARD FROM | | 2/29/12 | | | 170.51 | | | |
| 9 705 288 | GARCIA | 0112 | C | .550 F | 2204.40 | 2204.40 | 2204.40 | |
| | | 0112 | C | .550 F | 2204.40- | 2204.40- | 2204.40- | 1ST PR RVS |
| | | 0112 | C | .550 F | 810.48- | 810.48- | 810.48- | 1ST PR RVS |
| | | 0112 | C | .550 F | 2204.40 | 2204.40 | 2204.40 | |
| | | 0112 | C | .550 F | 1072.50- | 1072.50- | 1072.50- | NYLAPP REV |
| | | 0112 | C | .550 F | 810.48 | 810.48 | 810.48 | |
| | | 0112 | C | .550 F | 356.40- | 356.40- | 356.40- | NYLAPP REV |
| 9 738 153 | GARCIA | 0212 | C | .500 F | 926.88 | 926.88 | 926.88 | |
| | | 0212 | C | .500 F | 393.30- | 393.30- | 393.30- | NYLAPP REV |
| | | 0212 | C | .500 F | 393.30 | 393.30 | 393.30 | NYLAPPS |
| 9 751 355 | LOPEZ | 0312 | C | .550 F | 116.46 | 116.46 | 116.46 | NYLAPPS |
| 9 563 499 | RAMOS | 0312 | C | .060 R | 225.00 | 225.00 | | |
| EL SVC + | EQUIP CHG | 03-12 | | | 40.00- | | | |
| ITHHOLDING | FICA-OASDI | 03-12 | | | 83.13- | | | |
| ITHHOLDING | FICA-MEDICARE | 03-12 | | | 28.70- | | | |
| ITHHOLDING | FEDERAL | 03-12 | | | 395.08- | | | |
| ITHHOLDING | N.Y.STATE | 03-12 | | | 108.52- | | | |
| ITHHOLDING | N.Y.CITY | 03-12 | | | 65.62- | | | |
| UTH DEDUCT | 03-12 401K | | | | 9.68- | 9.68- | | |
| UTH DEDUCT | 03-12 401K | | | | 296.89- | 296.89- | | |
| ITHDRAWAL | TECH CENTER | | | | 50.00- | | | |
| ITHDRAWAL | EFT TO AGT | 03-01 | | | 170.51- | | | |
| ALANCE CARRIED FORWARD | | | | | 966.22 | | | |

NET ELIGIBLE FIRST YEAR COMMISSION

\*\*\* S U M M A R Y \*\*\*

| OTALS | COUNCIL CREDITS | TAXABLE INCOME | FEDERAL W/HOLDING | F.I.C.A. W/HOLDING | MISC TAX W/HOLDING | FEE ALLOWANCE | TOTAL CREDITS |
|---|---|---|---|---|---|---|---|
| STMT | 1818.84 | 1737.27 | 395.08 | 111.83 | 174.14 | .00 | 1818.84 |
| YEAR | 17852.79 | 8365.55 | 1168.08 | 524.63 | 783.90 | 60.00 | 17852.79 |
| OTALS | FIRST YEAR COMMIS'NS | TRAINING ALLOWANCE | NEFYC COMMIS'NS | RENEWAL COMMIS'NS | NEFYC FR APPT DT | | |
| STMT | 1818.84 | .00 | | 225.00 | | | |